# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

MAISON CACHET OF GONZALES,
L.L.C. AND W. CHRISTOPHER
BEARY

VERSUS

FPARC, LLC, LEE MCPHERSON,
SARAH GARVIN, MATTHEW
FERRANTE, AND BAY INGRAM

NO.   2025 CW 0836

**OCTOBER 23, 2025**

---

In Re:   Maison Cachet of Gonzales, L.L.C. and W. Christopher
Beary, applying for supervisory writs, 22nd Judicial
District Court, Parish of St. Tammany, No. 202511442.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

   **WRIT DENIED.**

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT